# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: DAVID SIMON § Case No. 12-82068
   CHRISTI P. SIMON § 
           §
    Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/24/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/12/2012.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,400.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY ARTHUR P SANDERMAN | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 15,211.90 | 11,797.26 | 11,797.26 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 3,414.64 | 3,414.64 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 867.38 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 305.95 | 534.74 | 534.74 | 0.00 | 0.00 |
| ADVOCATE GOOD SHPEPARD | Uns | 685.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED IMAGING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED IMAGING | Uns | 3.78 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ANESTHESIA ASSOC | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,135.00 | 4,629.35 | 4,629.35 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 144.10 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 1,285.73 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 278.01 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| ELGIN GASTROENTEROLOGY | Uns | 157.09 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ELGIN MEDI TRANSPORT | Uns | 465.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 1,595.00 | 1,604.34 | 1,604.34 | 0.00 | 0.00 |
| FOX VALLEY ANES ASSOC | Uns | 147.00 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY INTERNAL | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CARE SC DPA ALPINE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CARE SC DPA ALPINE | Uns | 122.64 | NA | NA | 0.00 | 0.00 |
| GLOBAL CARE SC DPA ALPINE | Uns | 496.93 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERG | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERG | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 658.83 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 2,415.00 | NA | NA | 0.00 | 0.00 |
| HOMELAND HOUSEWARES | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS GASTROENTEROLOGY | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| LAKE MCHENRY PATHOLOGY | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 77.89 | NA | NA | 0.00 | 0.00 |
| MCHENRY TOWNSHIP FIRE DEPT | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH PHYS | Uns | 393.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Uns | 281.54 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 1,140.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST HEART SPECIALISTS | Uns | 379.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FINANCIAL SERVICES | Uns | 1,620.97 | NA | NA | 0.00 | 0.00 |
| PATIENT FINANCIAL SERVICES | Uns | 566.49 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Uns | 1,440.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RESCUE EIGHT PARAMEDIC | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| RIVER WEST ANESTHESIA LTD | Uns | 476.00 | NA | NA | 0.00 | 0.00 |
| RIVER WEST ANESTHESIA LTD | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL BUSINESS | Uns | 369.35 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL BUSINESS | Uns | 285.60 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH S CARE CENTERS | Uns | 339.00 | NA | NA | 0.00 | 0.00 |
| SURGERY GROUP | Uns | 330.00 | NA | NA | 0.00 | 0.00 |

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| TOWN SQUARE ANESTHESIA SC | Uns | 576.00 | NA | NA | 0.00 | 0.00 |
| VELOCITY INVESTMENTS LLC | Uns | 7,162.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GSR | Uns | 1,610.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GSR | Uns | 135.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 11,797.26 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 11,797.26 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 10,183.07 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  07/18/2012              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.